UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Fatuma A., | Case No. 19-cv-3160 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Andrew Saul, *Commissioner of Social Security*, | |
| Defendant. | |

---

This matter is before the Court on the January 26, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 22.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 26, 2021 R&R, (Dkt. 22), is **ADOPTED**.

2. Plaintiff Fatuma A.'s motion for summary judgment, (Dkt. 15), is **DENIED**.

3. Defendant Andrew Saul's motion for summary judgment, (Dkt. 18), is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 17, 2021  s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge